

United States District Court
Eastern District of California

| | |
|---|---|
| SATYAJIT VILAS ERRAM, | Case Number: 2:21-cv-02368-EFB |
| Plaintiff(s) | |
| V. | APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant(s) | |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Daniel H. Fishman hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Plaintiff, Satyajit Vilas Erram

On 09/12/2016 (date), I was admitted to practice and presently in good standing in the Supreme Court of New York (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 03/23/2022         Signature of Applicant: /s/ Daniel H. Fishman

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Daniel H. Fishman |
| Law Firm Name: | Chermol & Fishman, LLC |
| Address: | 11450 Bustleton Avenue |
| City: | Philadelphia   State: PA   Zip: 19116-2809 |
| Phone Number w/Area Code: | (215) 464-7200 |
| City and State of Residence: | 217 51st Ave, Unit 913, Long Island City NY |
| Primary E-mail Address: | dan@ssihelp.us |
| Secondary E-mail Address: | fdc@ssihelp.us |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Melissa Markos Nyman, Esquire |
| Law Firm Name: | Nyman Turkish |
| Address: | 3009 Douglas Blvd, Suite 200 |
| City: | Roseville   State: CA   Zip: 95661 |
| Phone Number w/Area Code: | (855) 463-2149   Bar #: CA 293207 |

I consent to being designated as local counsel for this case.   /s/Melissa Nyman

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: April 4, 2022.

*EDMUND F. BRENNAN*
UNITED STATES MAGISTRATE JUDGE