PHILLIP TALBERT
United States Attorney
PETER K. THOMPSON (HI 5890)
Acting Regional Chief Counsel, Region IX
Social Security Administration
MARY TSAI, CSBN 216963
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: 510-970-4864
    Facsimile: (510) 970-4813
    E-Mail: mary.tsai@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| SATYAJIT VILAS ERRAM,<br><br>    Plaintiff,<br><br>vs.<br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:21-cv-02368-EFB<br><br>**STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d), AND COSTS PURSUANT TO 28 U.S.C. § 1920** |

    IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff be awarded attorney fees and expenses in the amount of one thousand dollars and zero cents ($1,000.00) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), and costs in the amount of six hundred and twenty-seven dollars and zero cents ($627.00) under 28 U.S.C. § 1920.  This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920; 2412(d).

    After the Court issues an order for EAJA fees to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees to Chermol & Fishman, LLC.  Pursuant to

1  *Astrue v. Ratliff*, 560 U.S. 586, 598, 130 S.Ct. 2521, 177 L.Ed.2d 91 (2010), the ability to honor
2  the assignment will depend on whether the fees are subject to any offset allowed under the
3  United States Department of the Treasury's Offset Program.  After the order for EAJA fees is
4  entered, the government will determine whether they are subject to any offset.
5       Fees shall be made payable to Plaintiff, but if the Department of the Treasury determines
6  that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees,
7  expenses and costs to be made directly to Chermol & Fishman, LLC, pursuant to the assignment
8  executed by Plaintiff.  Any payments made shall be delivered to Daniel H. Fishman.
9       This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA
10 attorney fees, and does not constitute an admission of liability on the part of Defendant under the
11 EAJA or otherwise.  Payment of the agreed amount shall constitute a complete release from, and
12 bar to, any and all claims that Plaintiff, Daniel H. Fishman, Chermol & Fishman, LLC, Melissa
13 Markos Nyman, and/or Nyman Turkish P.C., may have relating to EAJA attorney fees in
14 connection with this action.
15      The parties further stipulate that Plaintiff's motion for EAJA fees and costs, filed on July
16 13, 2022, be denied as moot (Dkt. 11).

Respectfully submitted,

Dated:  July 15, 2022          /s/ Daniel H. Fishman*
                               (*as authorized via e-mail on July 14, 2022)
                               DANIEL H. FISHMAN
                               Attorney for Plaintiff

Dated:  July 15, 2022          /s/  Melissa Markos Nyman*
                               (*as authorized via e-mail on July 15, 2022)
                               MELISSA MARKOS NYMAN
                               Attorney for Plaintiff

Dated:   July 15, 2022         PHILLIP TALBERT
                               United States Attorney
                               PETER K. THOMPSON (HI 5890)
                               Acting Regional Chief Counsel, Region IX
                               Social Security Administration

By:  /s/ *Mary Tsai*
MARY TSAI
Special Assistant U.S. Attorney

Attorneys for Defendant

## **ORDER**

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees and Expenses, IT IS ORDERED that fees in the amount of $1,000.00 as authorized by 28 U.S.C. § 2412, and costs in the amount of $627.00 as authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation. Plaintiff's motion for EAJA fees, filed on July 13, 2022, is hereby denied as moot.

DATED: July 18, 2022

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE